IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MAURICE L. COLEMAN SR. and ROBERT F. BAKER, | CASE NO. 8:08CV10 |
| Plaintiffs, | |
| v. | MEMORANDUM AND ORDER |
| JEFFERY NEWTON, Director of Douglas County Corrections, & Staff Leaders, ROCCA FORTE, LT, UNKNOWN CAPTAIN, UNKNOWN LT'S, and UNKNOWN SARGEANTS, | |
| Defendants. | |

This matter is before the court on its own motion. On May 29, 2008, the court entered a Memorandum and Order permitting Plaintiffs to proceed with service on Defendants. (Filing No. 16.) Plaintiffs were given 120 days, or until September 22, 2008, to serve Defendants in this matter. (*Id.*) Plaintiffs were warned that "failure to obtain service of process on a defendant within 120 days of the date of this order may result in dismissal of this matter without further notice as to such defendant." (*Id.* at CM/ECF p. 9.) Plaintiffs have never returned completed summons forms to the Clerk of the court for issuance and have therefore failed to serve any Defendant in this matter. (*See* Docket Sheet.)

IT IS THEREFORE ORDERED that:

1. Plaintiffs' Complaint (Filing No. 1) is dismissed without prejudice for failure to prosecute diligently and for failure to comply with the court's orders;

2. Plaintiffs remain responsible for the payment of the filing fee in accordance with the court's previous Memorandum and Orders; and

3. A separate judgment will be entered in accordance with this Memorandum and Order.

DATED this 14th day of November, 2008.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge